# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2014

149458(8)(9)

IN THE MATTER OF

HONORABLE DENNIS N. POWERS
52-1 DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149458

JTC Formal Complaint 94

On order of the Court, the motions for immediate consideration and to allow the law firm of Vanderveer Garzia, P.C., and its attorneys to withdraw as counsel for the Hon. Dennis N. Powers are GRANTED. On further order of the Court, the motion to stay the proceedings before the Master for thirty days is GRANTED to allow sufficient time for the Hon. Dennis N. Powers to retain new counsel and prepare for the proceedings before the Master. No further delay of the proceedings before the Master will be granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2014



Clerk